1e/25/2 14:59  2        S -EARIN OFF        PAGE 2/CS

D OF COLUMBIA PUULIC SCHOOLS

ENPORCtMENT AND INVESTIGATION DIViSION

SPECIAL EDUCATION DUE RO UEARTNG

CONPIDENTIAL

HEA1 OEF1CEWS]DET

STtIDENT: Lnni Watts        DATE OF BIRTH: 5(15/87

ADDRESS: 1.010 G Street, N.E. Washington, D.C. 20002

Pfl ScBOOL ATTENDING: Jtermatiwt So1uéion ror Youth (ASY) ROM1 SCHOOL: SpinEarn SJLS.

DATE OF flL¼B October i8, 20O

TESTiFIED AT ThE HEARING:

Yvette Young  Clinical Therapist, ASY

Dr AvLs Booker        Educational Con        c.

Angel Uunter  Special UUCMIQII Teachers ASY

Lawre WintersTutor

Louis Watts    Student

Louis Trusdeil father

('1'est by telephone)

Student Repr Pierre Bergeron, Esq.

Address: hG Maryland Awe., N.E.

Washingtou D.C 20002

FAX: 202-547-6840

School System's Representative: Katherine Redi, Ecq

Address; 825 .N. Capitol Street, N.E., Wa D 20(W2

m        WdtS SQO EQ I'J