FIRST Louis   Mon.gIog icm OCPS fl         -

1 1 / I I / Attendlng$chool ASY —.J I

] Additional Comments: D Score(s) 'Men Availab

Math Ca 3.2 GE M Rc 4.1 G

See goal page; Date: 10/22/2003

Rdg.Com 8.9 GE

Rdg. BasIc 5.2 GE

Written Ex, 3.5 GE

See goal page;

Date; 1 0 22/03 Score(s) VThen Averlable

Exp. Lang. _____   Rec-Lang. _____

Arec Voice

Fluency _____ Exp. Voc.

Rec. Voc.

See goal page: _____

Date:

Score(s) Results

When Available

LAST NAME Watts

Student I Nun,ber 7830052

VII. P Educational Performance Levels in Areas Affected by the Disability

Academic Areas: (Evaluator) Special Education Teacher

Math Stmnolhs: _____

The student is capable of performing higher-level mathematics with instruction.

repetitive

Vtipad of sat1ity on eCucabonai ptrtcrmanoe in genera! education Curr

Student Is reluctant to work on improving curr skills and working material.

on

new

Readlpg Strengths

Student demonstrates comprehension of 6T0 grade material. impaa or abiit on eovcan perrorrnance In general eOLIcat aJrrIcuIum

The student requires constant assistance and supervision when given an assignment to complete.

Communication (Speecti & Language) (E Strengths-

Impact of disability on educational perfuiTnanca hi general e

Motorfilealth (Evaluator) Strengths;

mpec*ttdrsablbty on educatloflel pertbtmehoeiW educa c4JrricL'Iurn:

—

See goal page: _____

Da

Social Emotional Behavioral Areas; (Evaluator) Clinical Therapist Score(s) Wien Available

S

Louis has good verbal skills and maintains a peasant demeanor with staff and peers. Louis

has a desire to achieve.

Impact of disabiMy on educational perfenhiance In general educalion curriculum:

Louis tends to avoid difficult material, which thereby slows his academic progression. He See goal page:

also has a tendency to be easily distracted by his external surroundings. Date

Score(s) %Mien Available cognl Behavior; (Evaluator)_____

Sflrclhs:

Impact of disability on educational pettrrnance in general eth curr

See goal page;

-     Date;

Prevocational Skills (Evaluator)     Score(s) Wien Avatlable

StcB    — -

I

Impact of disability on educational performance in general education curriculum:

See goat page:

J     Date;

District of Columbia Public Schools

07-02-2001    Division of Special Education

Appendix -A

IEP Page 2 of 4

srd

bS3 ' ]

WdtO GQO SO AOW

[ MME Watts

F!RST Louis

Maneg School

T Altendingachool

DC

ASY

Student I tkrter7a3SOS2

/ M

VIII. SPEC SERVICES Additional Comments: C

r

P

Goal 4uniber L__J

ANNUAL GOAL: fincludlno mastery criteria.)

Area addressed by goal:

Mathematics

Provider(s): Special Education TeAcher

Ccnsl audtønoe, behavior, condition, degree and evaluation.

SHORT-TERM OBJECTIVES (indude mesteiy crilejia cr b

Date Mastered

Evaluat

Sc

The student will perform the basic operations of accclitlori, subtiaction, niult and

Month

division with numbers 0-10 with 80% accuracy.

The student will solve addition and subtraction problems invo fractions wIth 80¼

Month

a

The student wHI solve addition and subtraction problems involving decimals with 80%

Month

accuaoy

P    VALUAT    -

X ptrtto C    Chart X TeSt  [ ObservatiOn [ Repeal    [ Other

District of Columba Public Schools

07.022001 Di'jlsien of Special Education

Appendb - A

IEP Page 3

The sftdent will improve mathematical skills with 80% accuracy. Areas of focus are basic math operatons fractions and decimals.

91 -d

t3S] 'W0 ReldaId

wdeo:t SOD 9fl

LASTNNccE Watts J SIudentlDNumber

FIRST Louis

Maragln School

I 1 M SdwS

DCPS

ASY

DOE Ri 1 l

rvll. SPECIAL SERVICES Additional Comments: C Area addressed by goal: EngllshlWriting

ANNUAL E (h, mnats,v

DOPS IEP Page 3 4

Goal Number: LJ

The student wifl improve writing skiUs with 80% accuracy, Areas of focus are punctuation, grammar, spelling, and withng comple,< sentences,

ProviderCs): Special Education Teacher

Consider_authence._behevi evaluation

SHORT-TERM OBJECTIVES ( aitesia or benchmarks)    Date Mastered Efl

The Student will utilize correct punctuation when writing simple sentences with 80%    Month

accuracy.

The student will implement proper grammar when writing simple sentences with a    Month

accuracy.

The student will construct complex sentences with 80% accuracy   Month

EVALUAT:ON PR0CEDURE

District of Columbia Publ Schools   07-02-2001   Dpjlsion sp Edu   Appendix - A   IEP Pa of 4

Dt   tJS 'I.JO?J3O?13E ?JNId   kldso:j 9OD SD

LAST P Watts   FIRST Louis   &niaglng Sthooi DOPS   DCPS -

StudenhloM   DOB 11H f Atierdingschool ASY   P sf4

VIII. SPECIALIZED SERVICES   Additional Coninierits:   Goal Number: L1J

Area addressed by goal:   English ing

ANNUAL GOAL (lrldudlno mastery csfte,jp   -

The student will develop functional reading skills with SO% accuracy. Areas of focus are following direction, answering questions based on a given selection sunmaxizing the main idea oF the selection, and defining new words.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

SHORT-TERM OBJECTIVES Qnclude msstecy chteda c benchmarKs)

Dale Mastered

Evaluation

The student will read and follow the directions of a recipe wIth 80% accuracy.

Sc

Month

The student will answer questions from the reading selection such as who, what, when, where, why and how with 80% accuracy.

Month

The student will be able to summarize the main idea of reading selections with 80% accuracy.

Month

The student will define new words from reading selections with the assistance of a dictionary with 80% accuracy,

Month

EVALUATION PROCEDURE(S)

X Portfo Et Echart XThat [ flRepnrt Dotter_____

District of Colu Public Schools   07-02-2001   Divislonof Special Education   Appendix - A  IEP Page 3 of 4

0      bSB 'wo?lBEJaBa JtlaBId    wdBU:t 00 AO

LAST rw      FIRST Louis   naglng Scno _____    f - EP

Sti4er  nos [   /    /      [ AItcndri Sdiaol AS   Page3c

Vilk SPECIALIZED SERV j Additional Comments: 0    Goal Number: L_J

Arts addressed by goal: SociaiJ

ANNUAL GOAL: (inchId nestary aiteria,   _____
_____

Louis will enhance his peer interaction skills with 80% accuracy as evidenced by mastery of the following objectives

Provider(s): Therap Worker

Consider audience, behavior, ndition, degree and evaluatien.

SHORT-TERM OBJECTIVES (irtuderrastecy crjteria or beiciwnaits)

.

Lou will ]dentilSr his actions that contribute to conflicts with peers at least twice per month in inclividuai therapy.

Da Mfl

Evaluation

Scheduk

Monthly

Louis will express himself to peers using a calm tone of voice and appropriate

language even when frustrated in out of 10 occurrences.

Monthly

Louis will use positive frustration management coping strategies when frustrated or upset (i.e.: talking to staff; asking for a time out) in S out of 10 incidences.

Monthly

Louis will accept feedback about his behavior without arguing or debating in 8 out of 10 occurrences.

-

Monthly

Monthly

Monthly

EVALUATION PROCEDURE(S

POI*IiO LJLog ECtart Test ODeournented Observation 0 Report C
Other_____

DIstri CI of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A   IEP Page 3 0

O489-t JS 'F 3saJId    WdBO SDU S 4014

LAST NAME

Watts

FIRST Louis

P.lnging $cNod

Altcndlngscbod

DOPS

ASY

i ji

tt14er*tb Nwyter

7535052

Add Comments: C IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can cjwioulsr mcdJtlcatjo,1. accommnda and/or supolenic.,tsJ aids ard services be used to LflE ssttno in C AQAaz.a yes N

E for r o ot (eguis ethte c

Louis's academic ar social needs require a sri group setting with an organized behavior intervention plan to -

address his academic and emotional concerns.

X. Supplementary Aids and SeMces

Classroom Needs    SETTING    FR    PRO¼i

(Do not nnpwducts orcoit.par GenEd SpEd Total    I-It.! PAIn 01W/PA.   (by disdpllne)

P

BEGINNING DATE

(mm

Ca    x    S Educator

Cort    SDecIa

Check and list modificaFons and/or accommodations r testinri:    0 None needed

1

T Extended time

so    Srna

P,e,sn%atsor:  Repeated oral aqd written direction

Resprse:

EquIpnCalculator

XI. STATE AND nISTRICI ASSESSMENTS:

Level I Te npn-disabled peers under standard      [ LehiS Ii    (Describe accommodsuons forlevel 11)

Tested under iIsndsrd conditions with special

or,, without    accomrnoda

eve    -    X Level IV

C    L Ce   !% rmIseib    Darts in aiteniathe asses smont

acconirn one

C Level V Poitfolo:

i

X Areas Requiting SpeciallIzed lns arid Related ServIces

X ReadInG      DPhysIcausen

X MatIemattS X Scdal Emotional

X \ Ifitten Expression }IThy5i Development

C

[ Mope

Modifications;

X Transition

X VocatIonS

C independent LNM C

X LdnglJageArtWESl9IIsh

X Social Soences

X Bioloalca & Ph Sdences

X FIne Ails

Apply annual goal(s). objectives artier modlicadons to address banters in oath area checked above.

XIII. PLACEMENT CONSIDERATIONS AND JUSTIFiCATION

ACCEPVRE

idIficalIon (s)/Accommodallofl Cs) to address the harrnh&Jl effects:

Counsel1ng and behavior intervention plan will be provid

Location for SeMoes AS?

Disbict Of Columbia Pub Schools

si

t)S3 'MDdJS J

Wd8OL DD SO A0IJ

LAST Nfl1E Watts   FIRST Louis   Marla9klg 6 _____ O - EP

[      DOe r  J       JJ Atten ASY  j       1

VIIL SPECIALIZED SERVICES    Additional Conirnents: 0    Goal Number E13

Area addressed by goal: SociaL/Emotional

ANNUAL GOAL: (in:ludinnmastsr crttertaj

Louis will comply with academic instnic

tion as evidenced by mastery of 80% of the following objectives.

provIder Therapist/Socia Worker

Consider audience, beha condition, degree and

evaluatjon.

SHORT-TERM OBJECTIVES çnaude mastery criteda ci benthmmrks)

Date Mastered

After receiving an assignment or instruct

classroom assignments independently in

ion from the teacher, Louis will compjete 9 out of 10 opportunities.

Monthly

Louis will independently sustain his foc

completion in 8 out of 10 opportunities.

us and attention on a given assigiunent until

Monthly

Louis will complete at least 95% of give an a weekly basis.

n assign with at least 80% accuracy

Monthly

Louis will attempt a given assignment b occurrences,

efore asking for help in 9 out of 10

Monthly

D flLD Echart QTest fl

EVALUATION PROCEDURE

Documentec Observation     fl Report      Cother

Distri of Co Public Schools   070220C1   Division of Spedal Education Appendix - A   IEP Page 3 o 4

ot   •bsg 'wo?l] 3d WdGD:L. SODd SO I'J

District of Columbia Public

Schools Washington, D.C.

Division of Special Education

FUNCTIONAL RERAVIOPAI AS.

Student Louis Watts   5/15/87   DATE 6(22/OS

School Alternative Solutions Fat Youth   Grade  Spec}al Ed _____

Coordinator

Describe and ver the Seriousness of the Problem.

1. History of school truancy

2, Conflicts with peers

3. &sily distracted from work

Frequency   Periodic   j   Intensity Moderate

Identify specific characteristics of the behavior that is interfering with learning.

Duration

Varies

j

I. School truancy has resulted in severe academic deficiencies,

2. Distractibility resu]N in slow academic progrtssion

3. Peer conflicts c classroom disrupliot.

Collect Information on:,Tii-ne when The behavior does/does not occur; Location of the behavior; Conditions when the behavior does/does not occur: Individuals present (when mostileast likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behav;or; Conirnon setting events; Other behaviors that are associated wIth the problem behavior.

\M environmental conditions may affect the behavior?

When surrounded by larger numbers of people   1

Upon receiving corrective feedback

Vittiat does the studert view as positive reinfor

1. Free choiceactivity

2. TaLkthg with others

3, Computer time

What interventions ware previously attempted, and what were the results

1. Lower classroom to teacher ratio — Successful

2. Behavior modification program — Moderately successibi

3.

Col information on possible funo of the problem behavior.

O Direct Assessment

Scaflerplots    ABC Charts    Rating Rubric [ Amount versus quality of behavior

[ ndirect Assessment

lntesviews    Questionnaires [    Surveys

Analyze information using triangulation and br problem pathway analysis _____

Generate a hypothesis statement regarding probable function of problem behavior.

Test the hypothesis statement regarding the function of the problem behavior.

District of Columbia Public Schools  07-02-2001    Division c? Special Education
      FBA

ijt    •bS3 'wo?n9aa ?Jt1BId    wdoT:e. DO? SD

Disfrlet of Columbia Public Schools

Washington, itc.    I l.LP. Attachment A

L Intervention Behavior Plan

OR PLAN

Date Developed: 6/22/CS

Studenttjarne  Louis Watts   o    ooe 5/15187    Grade

Mdress 1010 Street, NE    Washi  DC    20002

QnIc   Açfl   CI    s    tpCO&

Telephone (H) 202-39 (w)_____ Counselor

MindIng School ASY T Room_____ Se _____

TARGETED BEHAVIOR(S): Additional Comments: Q

N.    Improved attention span    --

12    Working independently

Getting along with others    _____

POSITIVE INTERVENTION STRATEGIES: Student Objective -

I. Positive Coping Strategies — Louis will increase appropriate behavior by using frustration coping slxategies.

2. Consistent Behavioral Feedback his Behavior Modification [ Sheet — Louis will track his own behavioral progress.

3. Free Choice Activity — Louis will associate positive consequences with displaying appropriate behavior

Imp description -

1. Student will receive positive verbal praise when behaving appropriately,

2. Sthdent•will access special activities or privileges based upon daily/weekly behavioral performance.

3. Student will receive token reward or free choice activity in accordance with achievement in the Behavior Modification Pro gram

POSITIVE INTERVENTION STRATEGIES: Teether Strategies

2. Positive verbal praise atid encouragement from staff for appropriate behavior.

I. Small group setting so as to reduce external distractions that interfere with student's work completion. 1

MONITORING SYSTEM: ResponsIble Teacher- Special Educator

Describe System -

1. Maintain a daily/weekly behavior feedback sheet in the classroom

2. Other staff nienibers will document student's behavior patterns.

3.

Data collection timeline -     -

FOLLOW-LIP MEETING: Date -

DISTRICT OF COLUMBIA PUBUC $C)-IOOLS 07-02-2001 OMSION OF SPECIAL EDUCAI IEP ATTACHMENT A INTERWWTIDN BEHAVIOR PLAN

Ot'B9-tt        bs3 'WO?IBEJdBH 9 wdoT:t OD2 fl °W

F Studerl Nn Louis Watts I

j

Managing s

000 4l6        A AS?

DCPS

- n

SERYtCES PLAN

'       PACE

•

DCPS TRANSITION SERVICES PLAN

Note: The M determines if the IEP must inc a Statement of transition service needs which focuses on the Courses c study If the student will tuth 14 durIng the implementation of tile IEP. Fuitherriors, the MDI must include a detailed transition plan for asthdent who will turn 16 durIng the irnplementaticn of the IEP.

L Recost students post-secondary goals and interests.

Emp3cyment: Public Works Position

community Participafion: Community Service; Grounds up keep Post-Secondary Education and•Training: Attend.Vocatioral Training tridependent Living: Living Independently

11. Courses of stu leading to student's post-high school goals.

Grade or Schoor Year

-       ..      Cc of Study

2004-2

GED Preparation

. .--c-.

111, Transit ServiCes Needed.

Evsitiate the students present level of pa,lonnance in the.Mlo wing arvas.* Academic, Career Courses,

Community-based Training, Supp.rted or CS petitve Emp Co,nmurricalion, /ndop Living Skills.

Community Travel, Tianspoiffi lion, En,p!oyability Shills, S Skills, Community Resoortes, Educatonal,

Financial, Career Training, C sod !nsfruction, sidulrrrade Training, Vocational, or social Rela6cnsftips.

Transition Services Coordinated Activities and Strategies

Agency Responsible

Employment

liservice Is not needed, prov explanation.

ASY Resident Wo Program

AS

Community

Part

itservice S net neede& Post-Secondary

Partic in £ocAa Ser,Lcs and Cotnmun Based Prorrns

BY

Education and

Training

-

if service Is not needed.

.

independent and Adult

Living

Ifserrice Is not needed,

provide explanat

District of CohxmblaPubilt Scl    07-024001    Divieion of SpecIal Education I Attachment C Transition Services Plan Page 1 al 2

OfrBS-tfr9    bSJ 'woa3seI3a 3?J?131d    WdOT: OO D '

Date Developed: 6/22)05

SttedentNn - Louis Watts    Mana Schoc! DCPS    DGPS TRMSITION

L sliiinrito i — D    Jtendlri School__—_____ _

Date Developed: 8/22)05

Trans Serveoea    Coordinated Activities anu StrategiesAgency Respon

Daily Living Skills rserycce snot neeted prthlde expian atoct

Functional Vocational Evaluation

isevice not r provide axplsnelion.

Independence

ASY

.

-

.

Evaluation was requested

Other.

;

I

Projected Exit Category (check one)  High School Diploma Stalus  Projected Exit Date (M/IJM

DC F-Ugh School Diploma

-.

# Cred Earned toward graduation

..

High School Certificate at age 21

#Ccnuniwevice

High Sthool Certificate gf to age 21

State Test RequIrem   Area

Date Taken / Score Received

V. ldentfiy any other agencies likely to be responsible for providi rig or peyh,g for spec/ftc trans sertdces. Examoles of Anency Llnka2es e Transition

Rehabilitation Services Administration (RSA)

Mental Retardation and Developmental Disab Administration (MRDDA)

Commission on Mental Health Servicet (CMES)

UDC or other higher education Institutions

A9enay

Agency Representativei Teleth Number

Thlanhone No,

Purpose of Contact    Date

.

.

-

\

Disirtot ot PublIc Schools   07-02-20   Divisi or Special Educaton   IEP Attachment C Traneitton Services Plan Pegs 2 of 2

bSB 'F-JERIBSHBH J       Wd11L 9002 9Q °k1