1V25/2 14:5   2824425556   STUD2 HEARINGS OFF   PA6E g3/a

EWThODIJCflON;

A hearing was held at the District of Co1umbis Public Schools (D S25 it Capitol Street, N.E., Waeh D.C. 20002, on October 18 2005, at the request of P Bergeron, ounsel lot the parents and the student XatheTine Lkodi represented DCP$, the other party to this hearing.

JURISDICTION:

The hearing was held and this decisior was written pursuant to the Individuals with Disabilities Education Act (IDEA) (Pt, 101-476), rsauthorited as the IDEA improvement Act of 1997 (Pt. I D5-17) 20 U.S.C. 14 Et seq.: and their cuncnt regulations, specifically the Code of Federal Regulation at 34 CFR Part 300; flanker reauthorized as the rDEA !mprovemen Act of 2004 (P.L. 1.08-446) and Distdet of CulunthAa Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections

3000-3099,

ISSUE;

1. Did DC dc a Free Appropriate Public Education (PAPE) to the student by failinz to provide a one on one tutor one hour each school day?

DOCEMEI S1JBM BY DCPS:

Nome

DOCUMENTS SEBMITTED BY STUDENT:

LW-t

NNDD Of flCT

I. Th student is an eighteen mal.e who has been found eligible fbr

spec e&ication services byt)CPS as a tudeM with t disability

classificatioft of learning disabled, (LW-5)

1. The student has been attending Akerntive Solutious for Youth (ASY), a pnvate residential treatment program, since September 23" 2004 pursuant to a settlement agreement incorporated into an Order on September ir 2004. The student's counsel referred the student to ASY. (ASY Monthly Progress Report (June 2005). W-1)

I

bs   'wo?1] 3   f   WdL5 SOOZ EU AOI.J

dp

iet 2 142a2442s55G   STLJD tARflJGS OFF   P @

3. ASY isa residential treatment program for students with emotional disturbance that provides clinical, therapy, group counseling and counseling on substance abuse, ASY has an educational component with 20 students ages 14 19 with 1 males and 9 %males. The classes arc separated by gender. There are three classes at ASY with four studetits

including this student in the basement of a house, five students on the ground floor and ten students on the top floor. All of the 20 students are taught by one special education teacher, Ms Burner. Ms. Hunter is certified in special education by DCPS. Ms. Hunter goes back and fbrth &pm class to class each day spending twenty minutes at a time in each class. In this student's class tberc is also a counselor who has no background in education. There is no instructiona side in his class, (Testimony of Ms. Young and Ms. Hunter)

4. Ajudge of D.C. Superior Court has ordered five hours of school t three times a week 1* this student paid for by the D Probation Depart Mr. Winters provides that tutoring to the student in the core subjects of reading, math, and language arts at ASY. The student and the .p have a trusting relationship and the snident is helped by these one on one tutoring sessinns. (Testimony of Mr. Winier)

5, The student tc5ti S that the spvciai education teacher is' not there much" in hi.s class, The teacher also gives him ibe same work to do over and over

and. he is frusirated by that. Sba Is also not available to answer his

quStions beesuse she is only in his class for a short time at any one titne.

(Teóiimony of Student)

6, M LEP waz developed for the student at AS? on July 14" 2005, which

calls for 27.5 hours a week of epecialized in.s*rzction to be provided by a

special education teacher. (LW-5) The special education teseber testified t she does not provide the above number of hours of specialized ütstruction, çrestixnony of M Hunter

.7. The..MDT Meeting Notes of June Z? 2005 atASY stale: "Alt train mettbers agreed that Lcuis requires intensive tutorial services in math,"

The DCPS represezitative wanted a DCPS psychologist to do a classroom observation to detamine the need for tUtoring services. The MDT tcarn agrted to reconvene on July 14°' 2005 At the Ju l4 meeting, the DCPS reçreseritative indicated she would solidify dates ('or the above

clasaroom observation and for a vocational assessment. The July 14

MDT Notes state: "The team agreed ForAYS as an interim step to

implement one-to-one pull-out services in die subject of math

immediately. Ms. Hunter wili.deternüne the degree and frequency of such

services,., the team agreed that Louis truly needs 5 days per weEk of 60 mi for each session o.fone natb instruction," The MDT Notes also state: LCTL team agreed to request a ctinicaj psychological

3

w$uation of L.ouas, to revisit his classification of Louis' handicapping condition. This will determine if Louis qualifies for classif of a rnukjplv disabled fludtnt." The team agreed to recunvene on August 13

8. Ms. Young testified that DCPS did the classroom observation and the clrnical evaluation, but she has not seen the written report. (Testimony of

Ms. Young)

9. On.Augus; 22 2005 a due process hens-ing request was filed by counsel forthe student, A tesolution Meeting we held on September 15 2005

and the meetint was unresolved,

DISCUSSION AND CONCLUSIONS OF LAW:

Counsel for the student argues that DCPS denied a FAPE to the studeti in not providing qae-o one tuto to the student in math instmction once a week for sixty minutes sessions as recommended by the ASY MD. team The evidence presented by counsel fb the parent. especially by the special education teacher and the student 'mdicate to this hearing officer that what the student needs is provision of specialiizd instruction, by a special education teacher as requ by his 1EV. The special education teacheradmits she is not impkmenting his TB' and providing him tic required 27.5 hours a week of specialized instruction. Hertestimony indi that because she is the oifly special education teacher for twenty students in three ckasseE at MY she is on)y able to spend limited time in This smdent's ;lass and is constantly gping in and out of his class. (See Findings of Fact #3 & #6) ThiS hearing officer has foun4 thc student's testimony especially compelling end credible that he is &ttstrated t the teacher is oat avthlable that much especially when he has questiotis and that he is frequsntly reccivthg the saTne assignments. (Sec Findings of Fact #5) The D.C. Probation Depanment ig already paying through couit order for a one-on-one tutor fort ye hours three times a week in his cure Subjects. (See Findings of Fact #4) White Mr. Winier? tutotin.g is helpful, it cannot replace the nec?ssit or specialized instruction from a special education teacher as required by the student's TE Counsel fbi the student and ASY are trying to have .DCPS pay for additional tutoring to make up for ASY's inability to provide the required LEP specialiaed instruction by a special education teacher. ASY is a pilvate residential treatment program recommended by counsel for the student, if MY can not provide an appropilate p1acerner for the studa' and imp his 1EP,thes DCPS which is thnding and monitoring th placement should vimvcne an MDt meeting to ddermtne en approptiate placement. DCFS did not dense a FAPE by not providing one-cnt tutcring.

It is hereby ORDERED that:

Counsel for the student's request for rrI is DENIED and th. case is DISMISSED.

4

bS 'wO saa    NdLs:fr SOO EU '°}4

1e/25/2 14:59  2R2442S5    STJDEN4T E4Et DFF    PAGE -

This is the final adminis decision In this mater. Appeals on legal

grounds mu be made to a sure of competent jurisdiction within 30 days of the renderi of this ecision.

impartial Hewing Officer    Dale filed: October 25, 2005

Date Issued: t I 10

S

sj 'WD 3N    wdo;: soO SO AO

D1STRXCT OF COLUMBIA PUBLIC SCHOOL5

WASH WGTON, p.C.

IND EDUCATION PROGRAM

(IF

MEETING NOTES

121

/i. -. I

,4cy

1

ii;,

c

I

DLSTRICT OF CO PUBLIC SCHOOLS    07-02-20111   DI OF SPECIAL EDUCATIOt'4    IFP MEETING NOTES

LASTN VIRSTJ PARTJCIPAUTS

4 JI

1 &z4

v-t #

SCHOOL OL   S

PARTICiPANT& (Si Name)

1 ;v7, / . L th

DATE: ___

1 rCs rnc

c7 .W

[

-

.

L

t

oè Rn ruoJ D tAt,

L°-4- hL2uAQ iQüb '3 a 0 o izx &i

\ .     1 S

-     t 3

ev ir 3 &t_ q ux 4-r -t -

L ) tcdU4 Mt

-

k Cit4.) L iM \ c tY V

)

-d

O* b53 '140N3Sd3R 3?j   EJId

wd soo cc A014

DISTRICTOFCQLLMBIA PUBLIC SCHOOLS

WASHINGTON, D.C.

INDIVIDIJALLZED EDUCATION PROGRAM (

MEETING NOTES

__

MieLjà L

LtY    flu     CAAt iLb

I ti ____

0

EP MEETING NOTES

LAST NM.€   ! RST ZPrEL& ASi

PAgT   PARTW

SCHOOL      DATE:

(SIsn Name)

DISCEPLINE

• t ¼,A9' j5

uuU

DISTRICT OF COLuM PUBLIC SCHOOLS       07-02-2001    DIVISION OF SPECIAL EDUCATLON

-d

0S3 'F.JQN3 ]?JN

wd20:t 9QO SO AOI.J

DJSTKICT OF COLLr PL)BLIC SCHOOLS

WASH D.C,

iNDIVIDUAL EDUCATION PROGRAM (UP)

ffET1NG NOTES

PIR$TJ        SCHOOL

cdakL

!io CL \' (LAS> (U -dJ ) ti

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

OT-02-2001    D VISION OF SPECIAL EDUCATION

EP MEETING NOTES

LAST NIAME t

PART

PARTICIPANTS: (Sign Name)

(S

I J

DISC [ INE

-cs    b

g

b93 ' 3HN31d

WdCOtt OO SD AO

D OF COLUMBIA PLJBL!CSCHOQLS WASHINGTON, D.C

INDIVIDUAUZED EDUCATION PROGRAM

(IF

MEETING NOTES

L    -

F)RST L&

SCHOOL _____

DATE:

•0

722SaO tc

L •7 t-'

L

D Eli

rMc

( /Z —

H

DJSC

A e A

t-> -aa

11*T\44 {\AUiCiJt

0 o

n-&ut tLLX1± tu

P

PARTICIPANTS: (Sign Name)

tflnj    jc

) tv&

MicI ?Mpda

4

C £Cr

r Gra44-on

cs2 iLE4ac&rfa

&

M

L

•

- c

- - - - - - -

DISTUICT OF COL PUBUC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION IEP MEETING NOTES

1.2*)I  (kU

tiSJ ' 3a?u91d

WdcO q q rDI

DISTRICT O COLUMBIA PUBLIC SCHOOLS

WAS D.C.

JND LIZED EDUCATION PROGRAM

(LEP)

MEETING NOTES

LAST NAME FIRST , I    SCHOOL J4Y - DATE: 7/ '-//sj

PARTICIPANTS:    PARTICJPANT5; (Sign Name)    DISCIPLINE

LC 5   0

—    C ' Sf  1    — r s

—    —

— ,   t    0    0 C

S S -c k — c-iLr L etc.— 7 Lt'J±_ S-I-c. .i .c c-e- y 0' e . '-40

4-    /    C

a fr r cci - &or —    S A 4—:z 4 t- J-_ — r-c r r c #a)

C    - 4- r .—.. (    —    -rt    s C r    to    .cr.f

a.. ca.ga.ni .-c J-.e.e.. .0 4 r c.4—r    r-.-cy °4_ 'wn

e e/; / F

Ms. 6  , /7 1 &.e J 'c e    /

c4 C-ont_ 4-.' ott -i frttcr c __ , -, ,, o -c-- ÷- çj rj sCo g( — o —1-° 0 c ta_JoLc -

i    ciThe' r4 4. +LA. - e  ,.cta .j c c c

-4--v 1—t    4-s    , (    fl—_fl. c

DiSTRICT OF COLUMBIA PUBLIC SCHOOLS D7-02-2001 :IVIS:ON OF SPEC EDUCATION IEP MEETING NOTES

bs3 'wO?J3atIBa Eaa3Id    w sooa so noj.j

3 a

DISTRICT OF COLUMBIA PUBLICSCFIOOLS

WASIJINCION, D(C!

INDiVIDUALIZED EDUCATION 1R0CR4%I

(LEP)

MEETING NOTES

LAST NAME /7    Pt RS1 iS SCHOOL   j9-s .   DATE t

FARTICIPANTS:    PARTICIPANTS: (Sign Name)    DISCIPLINE

4 g jn( c-1 rTO ctC   4—c- is    7    ksa    e

c /+s   £

ba f- j_ j C 2-t t% c -j- J'c t 4 c c s s n_q

)t- — _ cc-    -f/a4    7 t(    ' Lftt) /°-+r

t    AThr4 *Xt    i / C.-  t&S+ Th fZC;cCLct

p    -    c    S    .. / 3

/    C    <

y / t

A    &

4s " n- 1/s.- ,4s y Cptc&c I- ,t., a-.o o_

er    s

A ,'S   C    c

I C    -    .-t    is    ' / /c

ft. 4r4 ,Lt A J  (ae .    c 7214t.-1    —S

'    —i 4c—ct c.n- -/--    -

DISTRICT OF COLUMB PUBLIC SCHOOLS O7 DIVISION OF SPECIAL EDUCATION IEP MEETING NOTES

gd    bs3 'woa saa   wdEO S002 SD AOI.J

DISTRICT O} COLEMBIA PUBLIC SCHOOLS

WASH PC

IND EDUCATION PROGRAM

(

MEETING NOTES

DATE: YJ// y/cJ

.-. Q [ qC ;4 4 / r p r a r et fv_ r7 -— o i 'f Or(C — - 7rj'C S 'c-aJ

- ,; t —r - —.- C ,—f C_-C-Cfl, 'c4 tntt-' t

C._k' ItVCM  t    1    ._y    c /7

/J

LJo /.t -4-it

- J/L 2—v tii! As% a i-4'a. s—i--e z c n_oe o. ( 4

,&    .i cj    f    7

po y&. 4-c    c2-.-yl f 7 .' J-s'

jfl7/2/4—    —    ft' (/ — ±. S /

S . ÷- r —t , , . , ' / 1. Ji -€--c-- z 4 7 & c s

p / ( . 7/ r

o4-   7.z   T1 ,Z2CC-/fl far L7

g s +   6 • C 3 r

V 0 I z s     A - J   S f S

LAST NAME /_ 4I;

PART

FIRST _____ Is -   SCHOOL     4. . —

PARTICIPANTS: (Sign Najn

DISCIPLINE

DISTRICT OF COLUM PUBLIC SCHOOLS     07-C2--2001   DIVISION OF SPECIAL EDUCATION     EP 1EETIMG NOTES

d Ot'89-t

bsR 'kJfll.uRfl?IRR zIx>nT.

Lh-IPfl / Cflfl7 Cfl AflU

S

DISTRICT OF COLUMBIA PIJDLIC SCHOOLS

WASNINCTONI D

INDIVJDFALIZED EDUCATION PROGRAM

(LEF)

M NOTES

LASTMAME 2 74-J-5 FIRST       --     SCHOOL     / %   DATE, 7/7y/

PARTICIPANTS:    PARTICIPANTS: (Sign Name)    DISCIPLINE

- -r-

b

• ti r to C k4t c3k

'DCP 74YkrL u r /;/5Cv

__   / ,0ç h

-     — /   o jrg '-9-- k? S

J    t-cf/   cr    é    I    I    0

I    t    •J L,1 J/ cnar

&F .'%, ,c' k   e.c—' 'r P     a

ftr r j

tt Jr f 0 -

Ies -td -     t •     - ,    -t-&. —e

9 L_t- +—t R e "-
A fr& cr    - rt a   i c
)2 -+   r ,
.C1flI? C- PZ- c     c -'c r 1'-e_-c_-OL
crrL—e - /* b '     i r
—   -   •    a
? c -c- - e P o- rr) ' 2T 3

DISTRICT OF COLUMBIA PU8L SCHOOLS    07-02-2001    DIVFS SPECIAL EDUCATION IEP MEETING NOTES

bSI 'NDd39 eIeI3Id   wdF.o:t DD D "°

DISTRICT OF COLUMBIA PUBLICSCIJOO•LS

WASHINGTON. D

INDiVIDUALIZED EDUCATION PROGRAM

(LEP)

MEETING NOTES

LAST NAMe _____ FIRST   S   SCHOOL   A 5   DATE: I 7/i '

PART:C      PARTICP.ANTS: (Sign Name)      DISCIPLINE

9 &J i 0 0 r -e ± 8 -r-t / a. r ,7 >
/C $C  , -F p s- - c £ ,- ' —1. jT    ,L --
LDnIS- / t—J / k-c cer+ +0 -fl CcAs O& C t.
c      £'t //   F
c      o( tr c,&4- er rft     —   —
ot S e   S     ___
7' t1 4; , 1 La c-' s / ,- -c -c s s j
L-J-ee-k- o?Z CO -e cA    - -
0k-' -t , - , ,-p ,, 1 01 7c e -e. c_e.-nn +t S
,o9 c-J 4 -e,c-fcn 8 L O 4 cc-+ c,C€a_S aS 4_+- rc.
F   ,     A —c- a    ' 1 SC-c-    ttrn7 1C    Ofl    o
' a Lo J /( h-c. p/arJ /  .2
;c oL NDrtwil/ rWmnac O    11'( t.O
TA    c nI    °'-D t +     fLt    '& 9 Lccea -e-
-- s    I ar-J   C    d Ft- r, n S
— S / £4a-+   L9 IS   n'e    6     2 -     i°-e

& * r,n Se-cyi c A ,—QU- _ O°'7c - +D — <r

DISTRICT CF COLUMBIA PUBJO SCHOOLS 07-02-2001 DIVISION OF SPECIAL EDUCATIO I \4EETINO NOTES

4 r/ ro t/ O-    0 Xt (,

tis3 '14cTh]E3?IJH eIN3Id    wd soO SO AOkJ

DIs-rRICT OF COLUMBrA PUBLIC SCHOOLS WASHINGTON C

INDIVIDUALIZED EDUCATIONAL PROGRAM

1. IDENTIFICATION INFORMATION I

x

x

27.5

9

&pava.nt

— DC  12

st    Z CO

Purpose of IEP Conference:

Initial IEP X ReqiewoflEP C Requested Eval. C 3yrRe-EvaI.

IndIcate Level of Sin Assessment

P

xj

ENDA TO SE ATTACHED As NEEDED

Check the appropriate box(es)

BERAMOR    TRANSPORTAT

ES?    x TRANSfl1OM

I I

w

w

Srieciaf Ed Teacher

Theraoist

t5.

A

I

Mos

Mos

— I AGREE with tM contents cil this IEP. I have had an opportunity to be involved in the developnlert of this (EP. I have race a copy cf this IEP and consent I (he Iniplernentaticn of the services in the LEP. I have received a cepy of the procedural safeguards and parent r per to spesleducalion.

FarenllGuardlan Saiathre

Stu4ent Name: Last Watts

irst Lous         M

Student ID T&39052  Soc. Sec. No.                    Age: IS

Date of

Gender: Mate Bl,th [ , 118 i I African-Amer 1

lCI     204

Address - C Non-aftendirig

OCPS.IEPP,ga:o14

Additional Comments: C

HTCURRENT INFORMATION

Date of IEP heeling: 6/22/05 Date of Last

IEP Meeting:  4/14/04

Na Ilb'tet Ntre/0u.rt Washington

Gra

Attending School Alternative Solutions for Youth    Home School DCPS

o OM

Parent  Ms. Milan Watts

Mdress of (if different from student):

Ha.,. NoiSV,ei NvnerOu.arartJApt. Ma.

Telephone: Home

202 ) 399 909&         wor

X Parent flouaroian Surrogate

I _____ I

ZIP Ood

Iv

)

—

Soeciai Education

Thersov

| III. LANGUAGE Ccnimunlcation for Evaluation ri Oral | Language Requirements | Language Used | Language Used |  |
|---|---|---|---|---|
| StucentEng | English | English | English |  |
| Parent | English | English | English | English | lnttrumer,t: |
| Ha | EnalishEnglish — Ermush | English | Date: |  |

IV. SPECIAL EDUCATION AND RELATED SERVIbES SUMMARY 1

SERVICES   SE FR PROV BEGINNING DATE  CLIF

GenEd SpEd Total Hr.I Mm olwtq,   y discipline)   mnVdd/yy   * wks.fnios

,

I   .

TOTAL   [   I   I HoursPer

U 0-20%   2   X 61-100%

V.   Disability(ies) LD   Percent ofJj In Specialized lnstruc and Related Ser4oes

{Cbeck /f setting is General Ed.)   Percent of time N in a Regular Education Setting

VI. IEP TEAM (Participants in the development of the LEP)

Print and slai your name bekrw

Distflct of Columbia Public Schools 2

Division o Special Education

AppendIx - A

IFP Page 1 of 4

bS3 'F10a30?IJa J?RIJId

wuto soo so Ao