UNITED STATES DISTRICT COURT FOR

TilE DISTRICT OF COLUMBIA

LOUIS WATTS      CIVIL ACTION

10100 St. N.E. 05-CV- 2667

Washington, D.C. 20002      -     :      (ESH)

PLAINTIFF,

JURY TRIAL

vs.     : DEMAND

the DISTRICT OF COLUMBIA, 441 4 St. NW 6 Floor South Washington, D.C. 20001

and

CLIFFORD JANEY, SUPERINTENDENT OF

DISTRICT OF COLUMBIA PUBLIC SCHOOLS, 825 N. Capitol St. NE, Washington, D.C. 20002;

AND

DOES 1-10,

DEFENDANTS.

AFFIDAVIT OF SERVICE

i., Leonard Fraser     the undersigned state under oath that I am 46

years of age, I have a regular place of business at f 1717 K St. NW, Suite 600 Washington, D.C. and that I have no interest in the above captioned case, and that I made service of process upon District of Columbia Public Schools ,by handing a Summons, copy of the Complaint, Initial Electronic Case Filing Order, on Tabatha Braxton

authorized to accept service on behalf of th.e District of

-

Columbia. Service was made on. December 2. , 2005 at 3:09 p.m. at John Wilson Bldg., 1350 Penn. Ave. NW., Suite 409, Washington, DC 20006


Process of Service/ Server

Name: Leonard Fraser

Signature Date:_12/9/05_____

SUBSCRIBED and sworn to before me on this 9th December 2005.

Notary Public:

Name: ' —

Sigiiature: ,

Date Notary Expires: E. CASTON

NOTARY PUBLIC STATE OF MARYLAM

My Commission Expires June lO, 200fl