1JNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

LOUIS WATTS

10106 St.N. F.

Washington, D.C. 20002

CIVIL ACTION 05-CV- 2667 (ESH)

PLAINTIFF,

JURY TRIAL

vs.

the DISTRICT OF COLUMBIA, 441 4 NW 6 Floor South Washington, D.C. 20001

and

DEMAND

CLIFFORD JANEY, SUPERINTENDENT OF DISTRICT OF COLUMBIA PUBLIC SCHOOLS, 825 N. Capitol St. NE, Washington, D.C 20002;

AND

DOES 1-10,

DEFENDANTS.

AFFIDAVIT OF SERVICE

I, Leonard Fraser, years of age, I have a regular place of business at 1717 K St. NW, Washington, DC

the undersigned state under oath that I am Lullfl V

Washington, D.C. and that I have no interest in the above captioned case, and that I made service of process upon Clifford Janey, Superintendent, District of Columbia Public

Schools , by handing a Summons, copy of the Complaint, Initial Electronic Case Filing M J

Order, on Ann Williams authorized to accept service on behalf of Clifford Janey.

1

Superintendent of District of Columbia Public Schools. Service was made on December 2, 2005 at 2:52 p.m. at DCPS, 825 N. Capitol St. NE Washington, DC 9th Floor.

Process Server

Name: Leonard Fraser

Si.

Date:12/9/05_____

SUBSCRIBED and sworn to before me on this 9 %ecember 2005.

Notary Public:

Name:_____

Si gnamre: _____

KEITH E. EASTON

NOTARY PUBliC STATE OF MARYLAND

My Commission ExpIres June 16, 2008