UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS WATTS : | |
|    Plaintiff : | |
| v. : | Civil Action No.  05-2267 (ESH) |
| DISTRICT OF COLUMBIA, *et al.,* : | |
|    Defendants : | |

PARTIAL CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants move for an extension of time, up to and January 31, 2006, within which to respond to plaintiff's complaint.  The grounds for this motion are that undersigned counsel has just recently returned to his office after being on leave for almost two weeks, and that during the holidays, it may be difficult to gather the information necessary to answer the complaint.

The undersigned spoke on the telephone to counsel for plaintiff, who advised that she would consent to this motion so long as the undersigned planned to file an answer to the complaint, rather than a dispositive motion.

A memorandum of points and authorities and proposed Order are attached.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General, D.C.

                                              GEORGE  C. VALENTINE
                                              Deputy Attorney General, D.C.
                                              Civil Litigation Division

EDWARD P. TAPTICH [#012914 ]
Chief, Equity Section 2

---

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUIS WATTS | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.  05-2267 (ESH) |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PARTIAL CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Plaintiff alleges that defendants have violated his rights under the Individuals with Disabilities Education Act, and he brings this action in response to an unfavorable determination by a hearing officer below.  The undersigned Senior Assistant Attorney General returned from leave approximately three business days ago, to learn that this case had been assigned to him, and that service of process had already been accomplished.[1]  The undersigned must now order administrative transcripts and other records, and seek the assistance of a number of employees of the District of Columbia Public Schools to gather information necessary to respond to the complaint.

Counsel for plaintiff advised that she would consent to this motion so long as the undersigned planned to file an answer to the complaint, rather than a dispositive motion.  The undersigned responded that he currently plans to file an answer to the complaint, but that further investigation might result in information that indicates that another approach is appropriate, such as filing a dispositive motion, or entering into settlement discussions before a response is due.

---

[1] It appears from the Office of the Attorney General's file that service had been made on December 8, 2005.  Plaintiff's counsel advised, however, that she believed that service was accomplished on December 2, but that no certification of such service had been filed to date.

Under the circumstances described herein, it is requested that the instant motion to extend time, be granted.

            Respectfully submitted,

            ROBERT J. SPAGNOLETTI
            Attorney General, D.C.

            GEORGE C. VALENTINE
            Deputy Attorney General, D.C.
            Civil Litigation Division

            _____
            EDWARD P. TAPTICH [#012914 ]
            Chief,  Equity Section 2

            _____
            CARY D. POLLAK [#055400]
            Senior Assistant Attorney General
            441 Fourth Street, N.W.
            Sixth Floor South
            Washington, D.C. 20001
            (202) 724-6604

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUIS WATTS | : | |
|     Plaintiff | : | |
|     v. | : | Civil Action No. 05-2267 (ESH) |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
|     Defendants | : | |

## ORDER

Upon consideration of defendants' partial consent motion for additional time within which to answer the complaint, and any memoranda in support thereof or in opposition thereto, it is by the Court, this        day of                    200 ,

ORDERED: that defendants' motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendants may respond to the complaint, is extended to and including January 31, 2006.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE