UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS WATTS | : |
|     Plaintiff | : |
|     v. | :  Civil Action No. 05-02267 (ESH) |
| DISTRICT OF COLUMBIA, *et al.,* | : |
|     Defendants | : |

ANSWER OF DEFENDANTS TO THE COMPLAINT

In answer to the specific paragraphs of the complaint the defendants, by counsel, state as follows:

Introduction

1. The allegations of paragraph 1 of the complaint are conclusions of law and/or the pleader to which no response is required. If a response is required, then the same are denied.

2. Defendants admit that plaintiff was found eligible for special education services, that the parties previously entered into a settlement agreement, and that plaintiff has resided in the Alternative Solutions for Youth (ASY) program facilities. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 2 of the complaint.

3. Defendants admit the allegations of the first, second and fifth sentences of paragraph 3 of the complaint concerning some aspects of the plaintiff's Individualized Education Plan (IRP), and deny the allegations as stated in the third and fourth sentences, concerning further services to be provided.

4. Defendants admit that assessments were not performed and an IEP was not finalized, are without knowledge as to whether a report was submitted, and deny the remaining allegations of paragraph 4 of the complaint.

5. Defendants admit the allegations of paragraph 5 of the complaint.

### Jurisdiction and Venue

6 through 10. The allegations of paragraphs 6 through 10 of the complaint are conclusions of law and/or the pleader to which no response is required. If a response is required, then the same are denied, except that defendants admit the existence of the cited statutes.

### Plaintiff

11. Defendants admit the allegations of paragraph 11 of the complaint, except that they are without knowledge as to the plaintiff's current address, and the licensing status of ASY.

### Defendants

12. Defendants admit the allegations of paragraph 12 of the complaint, except to state that defendant District of Columbia Public Schools (DCPS) was not directly listed as a defendant in the caption of this case.

13. Defendants deny the allegations of paragraph 13 of the complaint.

### Causes of Action

### First Cause of Action

14. Defendants reallege and incorporate herein by reference all previous responses herein.

15, 16.  The allegations of paragraphs 15 and 16 of the complaint are conclusions of law and/or the pleader to which no response is required.  If a response is required, then the same are denied.

## Second Cause of Action

17.  Defendants reallege and incorporate herein by reference all previous responses herein.

18, 19.  The allegations of paragraphs 18 and 19 of the complaint are conclusions of law and/or the pleader to which no response is required.  If a response is required, then the same are denied.

## Third Cause of Action

20.  Defendants reallege and incorporate herein by reference all previous responses herein.

21, 22.  The allegations of paragraphs 21 and 22 of the complaint are conclusions of law and/or the pleader to which no response is required.  If a response is required, then the same are denied.

## Fourth Cause of Action

23.  Defendants reallege and incorporate herein by reference all previous responses herein. Defendants deny the allegations of paragraph 13 of the complaint.

24, 25.  The allegations of paragraphs 24 and 25 of the complaint are conclusions of law and/or the pleader to which no response is required.  If a response is required, then the same are denied.

### Fifth Cause of Action

26.  Defendants reallege and incorporate herein by reference all previous responses herein.

27, 28.  The allegations of paragraphs 27 and 28 of the complaint are conclusions of law and/or the pleader to which no response is required.  If a response is required, then the same are denied.

Defendants deny all allegations not previously admitted or otherwise answered, and admit no allegations unless clearly so stated above.

### First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Hearing Officer's Determination is supported by substantial evidence in the administrative record and should be affirmed.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General, D.C.

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Division

    _____/s/_____
    EDWARD P. TAPTICH [#012914 ]

Chief, Equity Section 2

        /s/
_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604

5