UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**LOUIS WATTS,**                                          **: CIVIL ACTION**
                                                             No. 05-2267
        **Plaintiff**

                              **(ESH)**
                              **:**
**vs.**                                                   **:**

**DISTRICT OF COLUMBIA, et. al.,**

                              **:**
        **Defendants.**                               **:**
_____

## JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ENLARGE TIME TO FILE COURT REPORT

The parties, by and through their respective attorneys, move for a continuance of the Initial Scheduling Conference and enlargement of time to file the parties' report required pursuant to LCvR 16.3 (c).

This matter is scheduled for an Initial Scheduling Conference on February 22, at 2:30 p.m. and the report to the Court pursuant to LCvR 16.3 (c) is due February 15, 2006. The parties have agreed to a settlement in principle and are in the process of drafting a settlement agreement. Therefore, the parties believe that it is in the interests of judicial economy that the Court continue the Initial Scheduling Conference and allow the parties additional time to file their report.

The parties request that the Court grant them until March 1, 2006 to file their report and both counsel are available for an Initial Scheduling Conference on the following dates: March 13, 2006 (all day); March 14 (a.m.); March 15 (p.m.); March 16 (p.m.).

For the reasons stated herein the parties request that this Honorable Court grant the above motion to continue the Initial Scheduling Conference until some later date in March identified above, and enlarge time for the parties to file their report until March1, 2006.

Dated: February 15, 2006

Washington, D.C.

By_____
    Pamela Roth Esq.
    397479
    717 D St. NW # 300
    Washington, D.C. 20004
    (202) 667-4842
    <lawproth@msn.com>
    Attorney for Mr. Watts


Robert J. Spagnoletti
Attorney General, D.C.

George C. Valentine
Deputy Attorney General, D.C.
Civil Division


_____
Edward P. Taptich [#012914]

Chief, Equity Section 2

_____
Cary D. Pollak [#055400]
Senior Assistant Attorney General
441 Fourth Street N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724 -6604