UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**LOUIS WATTS,** : CIVIL ACTION
No. 05-2267
**Plaintiff**

(ESH)
:
vs. :

**DISTRICT OF COLUMBIA, et. al.,**

:
**Defendants.** :
_____

**JOINT MOTION TO ENLARGE TIME TO FILE COURT REPORT**

The parties, by and through their respective attorneys, move for an enlargement of time to file the parties' report required pursuant to LCvR 16.3 (c).

This matter is scheduled for an Initial Scheduling Conference on March 16, at 1:30 p.m. and the report to the Court pursuant to LCvR 16.3 (c) is due March 1, 2006. The parties have agreed to the terms of a settlement and the government has received final approval of the settlement terms. The parties are in the process of obtaining signatures on the written agreement. Mr. Pollak is out of town this week. The parties expect that the settlement agreement will be signed no later than early next week and the plaintiff will then file a request for dismissal. Therefore, the parties believe that it is in the interests of judicial economy that the Court allow the parties additional time to file their court report which they believe will ultimately not be necessary.

The parties request that the Court grant them until March 10, 2006 to file their court report.

For the reasons stated herein the parties request that this Honorable Court grant the above motion to enlarge time for the parties to file their report until March 10, 2006.

Dated: March 1, 2006

Washington, D.C.

                 By_____
                   Pamela Roth Esq.
                   397479
                   717 D St. NW # 300
                   Washington, D.C. 20004
                   (202) 667-4842
                   <lawproth@msn.com>
                   Attorney for Mr. Watts

                   Robert J. Spagnoletti
                   Attorney General, D.C.

                   George C. Valentine
                   Deputy Attorney General, D.C.
                   Civil Division

                   _____
                   Edward P. Taptich [#012914]

                   Chief, Equity Section 2

                   _____
                   Cary D. Pollak [#055400]
                   Senior Assistant Attorney General
                   441 Fourth Street N.W.
                   Sixth Floor South
                   Washington, D.C. 20001
                   (202) 724 -6604