UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS WATTS,** | : CIVIL ACTION |
| | : No. 05-2267 |
| **Plaintiff** | : |
| | : (ESH) |
| vs. | : |
| **DISTRICT OF COLUMBIA, et. al.,** | : |
| **Defendants.** | : |

## ORDER

On March 2, 2006 the parties filed a joint motion to enlarge time to file their report to the Court. The Court has considered that motion and finds that good cause exists to grant the motion.

Accordingly, it is hereby

**ORDERED** that the Joint Motion to Enlarge Time to File Report to the Court is **GRANTED**;

**FURTHER ORDERED** that the parties have until March 10, 2006 to file the Report to the Court pursuant to LCvR 16.3(c).

_____
Ellen Segal Huvelle
United States District Judge

cc:

Pamela Roth Esq.
717 D St. NW # 300
Washington, D.C. 20004

Cary D. Pollak
Senior Assistant Attorney General
441 Fourth Street N.W.
Sixth Floor South
Washington, D.C. 20001