UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**LOUIS WATTS,**                                  : CIVIL ACTION
                                                          No. 05-2267
             **Plaintiff**

                                                          (ESH)
                                                :
**vs.**                                            :

**DISTRICT OF COLUMBIA, et. al.,**

                                                :
             **Defendants.**                      :
_____

## PLAINTIFF'S MOTION TO LATE FILE MOTION TO ENLARGE TIME TO FILE COURT REPORT

The plaintiff, by and through his attorney, moves this court to allow him to file a motion for an enlargement of time to file the parties' report required pursuant to LCvR 16.3 (c) out of time.

Plaintiff's counsel intended to file the motion to enlarge on the evening of March 1, 2006 after her return from court that day. However, events were eclipsed by a medical emergency of her son and she was unable to do so until the morning of March 2, 2006.

For the reasons stated herein the plaintiff requests that this Honorable Court grant the above motion to late file the joint motion to enlarge time for the parties to file their court report.

Dated: March 2, 2006

Washington, D.C.

By_____
Pamela Roth Esq.
397479
717 D St. NW # 300
Washington, D.C. 20004
(202) 667-4842
<lawproth@msn.com>
Attorney for Mr. Watts