# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS WATTS,** | : CIVIL ACTION |
| | : No. 05-2267 |
| **Plaintiff** | : |
| | : (ESH) |
| vs. | : |
| **DISTRICT OF COLUMBIA, et. al.,** | : |
| **Defendants.** | : |

## ORDER

On March 2, 2006 the plaintiff filed a motion to late file a joint motion to enlarge time for the parties to file their report to the Court. The Court has considered that motion and finds that good cause exists to grant the motion.

Accordingly, it is hereby

**ORDERED** that the Motion to Late File the Joint Motion to Enlarge Time to File Report to the Court is **GRANTED**;

**FURTHER ORDERED** that the plaintiff may file his Motion to Late File the Joint Motion to Enlarge Time to File the Report to the Court on March 2, 2006.

_____
Ellen Segal Huvelle
United States District Judge

cc:

Pamela Roth Esq.
717 D St. NW # 300
Washington, D.C. 20004


Cary D. Pollak
Senior Assistant Attorney General
441 Fourth Street N.W.
Sixth Floor South
Washington, D.C. 20001