UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**LOUIS WATTS,** : CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　No. 05-2267
　　　　**Plaintiff**

　　　　　　　　　　　　　　　　　　　　　　**(ESH)**
　　　　　　　　　　　　　　　　　　　　:
**vs.**　　　　　　　　　　　　　　　　　　:

**DISTRICT OF COLUMBIA, et. al.,**

　　　　　　　　　　　　　　　　　　　　:
　　　　**Defendants.**　　　　　　　　:
_____

# SETTLEMENT AGREEMENT

　　　　The parties, by and through their respective attorneys, enter into this settlement agreement in the above matter.

　　　　The District of Columbia Public Schools (DCPS) agrees that Louis Watts may obtain an independent psycho-educational evaluation. DCPS will fund the cost of that evaluation. DCPS also agrees that Mr. Watts may obtain an independent vocational assessment, the cost of which will also be funded by DCPS.

　　　　Mr. Watts will provide DCPS with a copy of the psycho-educational evaluation and vocational assessment after each is completed. The evaluation will be provided to Ruth Blake, Non-Public Unit, at (202) 442-5517, with copy to Katherine Rodi, Office of the General Counsel, DCPS, at (202) 442-5098.

Within ten school days after DCPS receives the evaluation and assessment, DCPS will convene a multi-disciplinary (MDT) meeting at ASY. That meeting is for the purpose of reviewing the evaluation and assessment, and reviewing and revising Mr. Watts' Individual Education Plan (IEP). At that meeting, the MDT team will specifically address his vocational needs and need for a one-on-one aide in each of his classes. DCPS will contact Ms. Young at ASY at (202) 584-1244 or other appropriate individual there to schedule that MDT meeting.

DCPS will pay counsel for Mr. Watts a total of $2,365.00 in attorneys fees and $350.00 in costs (filing fees and investigator services) for services rendered in this matter.

Mr. Watts will file a request for dismissal in the above matter within two (2) business days after completion and signature of all settlement paperwork.

Dated: March 10, 2006

Washington, D.C.

_____
Pamela Roth Esq.
397479
717 D St. NW # 300
Washington, D.C. 20004
(202) 667-4842
Attorney for Mr. Watts

2

Robert J. Spagnoletti
Attorney General, D.C.


George C. Valentine
Deputy Attorney General

Civil Division

_____
Edward P. Taptich [#012914]


Chief, Equity Section 2

_____
Cary D. Pollak [#055400]
Senior Assistant Attorney General
441 Fourth Street N.W.
Sixth Floor South
Washington, D.C. 20001